AO-91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

JAMES ALBERT SCOTT

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ-43

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 25, 2004 to June 9, 2005 in Kalamazoo county, in the Western District of Michigan defendant(s) did, (Track Statutory Language of Offense)

production of child pornography, and transportation, distribution and possession of child pornography

in violation of Title 18 United States Code, Section(s) 2251(a) & (b), 2252(a)(1), (2) and (4)(B).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Kurt B. Schichtel
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-25-2005 at Grand Rapids, Michigan
Date                                              City and State

HUGH W. BRENNEMAN, JR.
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**FILED**
U.S. District Court Clerk
Ronald C. Weston, Sr.
JUL 25 2005
By _____
Western Michigan