UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES ALBERT SCOTT,

       Defendant.
_____/

Case No. 1:05:CR:181

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed September 30, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant James Albert Scott's plea of guilty to Count One of the Indictment is accepted. Defendant James Albert Scott is adjudicated guilty.

3.    Defendant James Albert Scott shall be detained pending sentencing.

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 21, 2005                              /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE