UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SENTENCE MINUTES</u>

Case No.: 1:05cr181
Date: January 24, 2006
Time: 3:45 to 4:30 p.m.
Judge: Hon. Gordon J. Quist

UNITED STATES OF AMERICA v. JAMES ALBERT SCOTT

Appearances:

Government: Daniel Y. Mekaru
Defendant: Edwin L. Hettinger   Retained

**CONVICTION:** Indictment

- ☒ PLEA to Count: : One   Date of Plea: 9/29/05
- ☐ JURY TRIAL

**SENTENCE:**

| | |
|---|---|
| IMPRISONMENT: | 360 months |
| SUPERVISED RELEASE: | LIFE |
| PROBATION: | -- |
| RESTITUTION: | -- |
| FINE: | Waived |
| SPECIAL ASSESSMENT: | $100.00 |

Govt's Motion to Dismiss Counts 2 through 6 of the Indictment: Granted

Govt's 5K1.1 Motion Granted?  ☐ YES  ☐ NO    Defendant's 5K2.0 Motion Granted?  ☐ YES  ☐ NO
Govt's 3E1.1 Motion Granted?  ☐ YES  ☐ NO

Appeal Forms given to counsel & defendant?   ☒ YES  ☐ NO

☒ Remand   ☐ Self Surrender            Plea Agreement Accepted


Court Reporter: Diane Calsbeek                    Courtroom Clerk: Melva I. Ludge